Date: 03/18/10            Page: 1

**DIVIDENDS REMITTED TO THE COURT**

Check Number 116 Dated 03/18/10

Case Number 08-35786 - NATH, SHAMBHU

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **PYOD LLC its successors and assigns as assignee of Citibank** c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- <br> FINAL DISTRIBUTION 3253 | 000007 | 442.37 | 4.58 |
| **Recovery Management Systems Corporation** For GE Money Bank dba **HOME DEPOT HIL** 25 SE 2nd Ave Ste 1120 Miami FL 33131 <br> FINAL DISTRIBUTION 3832 | 000014 | 265.82 | 2.75 |
| ---------- Remittance Total ---------- | | 708.19 | 7.33 |

_John A. Hedback, Trustee_ (signature)

RECEIVED 10 MAR 19 AM 10:51 U.S. BANKRUPTCY COURT ST. PAUL, MN

#1926

COURT1            Printed: 03/18/10 10:52 AM    Ver: 15.06b